IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MICHAEL A. HADLEY, SR.,

    Petitioner,

v.

MICHAEL HAAKENSON and
ROCK COUNTY CHILD SUPPORT
COUNSEL,

    Respondents.

ORDER

Case No. 18-cv-600-bbc

Petitioner Michael A. Hadley, Sr. seeks a petition for writ of habeas corpus. However, petitioner has neither paid the $5 filing fee nor requested leave to proceed without prepayment of the filing fee. For this case to move forward, petitioner must pay the $5 filing fee or submit a properly supported motion for leave to proceed without prepayment of the filing fee no later than August 29, 2018.

ORDER

IT IS ORDERED that:

1. Petitioner Michael A. Hadley, Sr. may have until August 29, 2018, to pay the $5 filing fee or submit a properly supported motion for leave to proceed without prepayment of the filing fee.

2. If petitioner does not submit either the $5 payment or a motion for leave to proceed without prepayment before August 29, 2018, I will assume that petitioner wishes to withdraw this petition.

Entered this 8th day of August, 2018.

BY THE COURT:

/s/
PETER OPPENEER
Magistrate Judge