IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MICHAEL A. HADLEY, SR.,

    Petitioner,　　　　　　　　　　　　JUDGMENT IN A CIVIL CASE

v.　　　　　　　　　　　　　　　　　　　　Case No. 18-cv-600-bbc

MICHAEL HAAKENSON and
ROCK COUNTY CHILD SUPPORT
COUNSEL,

    Respondents.

---

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing Michael Hadley, Sr.'s petition for a writ of habeas corpus.

| /s/ | 9/20/2018 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |